**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**04-648**

**JOSEPH DAMON**
**VERSUS**
**ACADIA WHOLESALE**

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION, DISTRICT 3,
PARISH OF CALCASIEU, NO. 03-2247,
HONORABLE SAM L. LOWERY, WORKERS' COMPENSATION JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

**JOHN B. SCOFIELD***
**JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Glenn B. Gremillion, and John B. Scofield, Judges.

**MOTION TO DISMISS DENIED.**

**James C. Arceneaux, IV**
**Rabalais, Unland & Lorio**
**5100 Villiage Walk, #300**
**Covington, LA 70433**
**(985) 893-9900**
**COUNSEL FOR DEFENDANT/APPELLEE**
**Acadia Wholesale**

**Joseph Damon**
**In Proper Person**
**327 W. 8th Street**
**Crowley, LA 70526-3617**
**(337) 785-0850**
**PLAINTIFF/APPELLANT**
**Joseph Damon**

*John B. Scofield participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore